171 So.2d 668

**Allen J. CHAMPAGNE and Clifford J. DeBautte**

v.

**SOUTHERN FARM BUREAU CASUALTY INSURANCE COMPANY et al.**
**Joseph GIARDINA et al.**

v.

**AMERICAN AUTOMOBILE INSUR-ANCE COMPANY.**

No. 47637.

Feb. 26, 1965.

In re: Southern Farm Bureau Casualty Insurance Company and Joseph and Dominic Giardina applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of St. Charles. 170 So.2d 226, 234, 237.

Writ refused. On the facts found by the Court of Appeal we find no error of law.

HAMITER, J., is of the opinion that the writs should be granted but limited to a consideration of the question of quantum.

171 So.2d 668

**Mr. and Mrs. Roland A. HESSE, Jr.**

v.

**MARQUETTE CASUALTY COMPANY.**

No. 47638.

Feb. 26, 1965.

In re: Marquette Casualty Company applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 170 So.2d 173.

Writ refused. On the facts found by the Court of Appeal, we find no error of law in its judgment.